1

22-812

SECT. E MAG. 4

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

Jason J. Spikes

v.

Assistant District Attorney Iain Dover

Case No:

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241
28 USCA § 1651 → § 1367
28 USCA Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

## Personal Information

1. (a) Your full name: Jason Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 537025

3. Are you currently being held on orders by: State authorities

4. Are you currently:
   Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide

TENDERED FOR FILING
MAR 28 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

2.

(a) Name and location of court that sentenced you: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(a) Name and location of court that sentenced you: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number of criminal case: #16-CR6-129868
(c) Date of sentencing: June 26, 2017

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other: Prosecution of a case passed statue of limitations

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number: #14-CR8-126847
(c) Decision or action you are challenging: Prosecution of a case passed statue of limitations
(d) Date of the decision or action: I haven't filed yet

### Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy? No
(b) If you answered "No" explain why you did not appeal: I haven't gotten to ~~Second appeal~~ the point of filing to appeal

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency, or court? No

3.

9. I don't need to file

10. I don't need to file

11. I don't need to file

12. I don't need to file

Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: 5th and 14th Amendments

(a) Supporting facts: I got arrested on these charges Oct. 9, 2014 and I went to trial April 2016. All throught the year of 2019 Iain Dover was assistent-district attorney, and he was still trying to prosecute me on these charges

(b) Did you present Ground One in all appeals that were available to you? No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I can't file into the district court to get an answer on a motion, because I'm locked up and if I mail it to the district-court it's not going to get put on the docket, so I have to wait until I get out to make sure it get put on the docket

4.

in the district court so I can appeal.

## Request for Relief

15. State exactly what you want the court to do: Civil, Criminal, and Administrative Liabilities

## Correction of Petition

8. (b) If you answered "No," explain why you did not file a second appeal: I haven't got to the point of filing to appeal

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 03-07-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution.

Date: 03-07-2022

*Jason Spikes*

Jason J Spikes
557025
R.C.C.
27268 Hwy. 21
Angie, LA 70426

JAN 2 5 2021

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130



Signature Should Match Tape.
If Not
Tampered With

